```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| SARAH THOMAS, | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | :   CASE NO.  3:12cv738(DFM) |
| | : |
| MICHAEL ASTRUE, | : |
| COMMISSIONER OF SOCIAL | : |
| SECURITY, | : |
| | : |
|     Defendant. | : |

<u>SCHEDULING ORDER</u>

Unless otherwise ordered by the Court, the parties shall adhere to the following deadlines:

(a) Within 60 days after the Commissioner files an answer, the plaintiff must serve and file a Motion for Order Reversing the Commissioner's Decision, or for other relief and a supporting memorandum.

(b) Within 60 days after the plaintiff files his motion, the Commissioner must serve and file a Motion for Order Affirming the Decision of the Commissioner or for other relief, and a supporting memorandum.

(c) After seven months from the filing of the complaint, if there is no action by either party, a Local Rule 41a notice will issue.

(d) Any Motion for Attorney Fees under Equal Access to Justice Act, 28 U.S.C. § 2412, shall be filed no later than 60 days from entry of final judgment.

SO ORDERED at Hartford, Connecticut this 23rd day of July, 2012.

                                          _____/s/_____
                                          Donna F. Martinez
                                          United States Magistrate Judge